UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

                    v.                         Criminal No. 09-cr-123-01-JL

Michael Wilson


O R D E R


    The assented to motion to reschedule jury trial (document no.

11) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10

days.  The court finds that the ends of justice served by granting

a continuance outweigh the best interest of the public and the

defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the

reasons set forth in the motion.

    SO ORDERED.

                                    _____
                                    Joseph N. Laplante
                                    United States District Judge

Date:  August 20, 2009



cc:  Jessica C. Brown, AFD
     Robert M. Kinsella, AUSA
     U.S. Marshal
     U.S. Probation